```
 1  GLENN L. BRIGGS (SB# 174497)
    gbriggs@hbwllp.com
 2  THERESA A. KADING (SB# 211469)
    tkading@hbwllp.com
 3  THOREY M. BAUER (SB# 234813)
    tbauer@hbwllp.com
 4  HODEL BRIGGS WINTER LLP
    8105 Irvine Center Drive, Suite 1400
 5  Irvine, CA  92618
    Telephone: (949) 450-8040
 6  Facsimile: (949) 450-8033

 7  Attorneys for Defendant
    TARGET CORPORATION
 8
```

**FILED**

2008 JUN -5  P 1:41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**ADR**

**E-FILING**

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA CHAU,

    Plaintiff,

vs.

TARGET CORPORATION, and DOES 1 to 50, inclusive,

    Defendants.

CASE NO. **C08  02806**  RS

(Santa Clara County Superior Court Case No. 107CV100965)

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

ORIGINAL

FAXED

30792_1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3
4       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
5  other than the named parties, there is no such interest to report.
6
7  DATED: June 4, 2008          HODEL BRIGGS WINTER LLP
                                GLENN L. BRIGGS
                                THERESA A. KADING
8                               THOREY M. BAUER
9
                                By: /s/ Theresa Kading
10                                     THERESA A. KADING
                                Attorneys for Defendant
11                              TARGET CORPORATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

30792_1                         - 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS