**DIEMER, WHITMAN & CARDOSI, LLP**
JOHN P. CARDOSI, ESQ., State Bar No. 111381
75 East Santa Clara Street, Suite 290
San Jose, California    95113
Telephone:  408-971-6270
Facsimile: 408-971-6271

Attorneys for Plaintiff
VICTORIA CHAU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| VICTORIA CHAU, | ] | No. C08-02806 RS |
|---|---|---|
| Plaintiff, | ] | DEMAND FOR JURY TRIAL |
| v. | ] | |
| TARGET CORPORATION., and DOES 1 to 50, inclusive, | ] | |
| Defendants. | ] | |

Plaintiff VICTORIA CHAU demands a trial by jury.

Dated: June 5, 2008                              DIEMER, WHITMAN & CARDOSI, LLP

By: _____/s/_____
        John C. Cardosi
        Attorneys for Plaintiff VICTORIA CHAU

JURY DEMAND