**DIEMER, WHITMAN & CARDOSI, LLP**
JOHN P. CARDOSI, ESQ., State Bar No. 111381
75 East Santa Clara Street, Suite 290
San Jose, California   95113
Telephone:  408-971-6270
Facsimile: 408-971-6271

Attorneys for Plaintiff
VICTORIA CHAU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CHAU,<br><br>                Plaintiff,<br><br>       v.<br><br>TARGET CORPORATION., and DOES 1 to 50, inclusive,<br><br>                Defendants. | No. C08-02806 RS<br><br>REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE |

Plaintiff VICTORIA CHAU requests that this matter be reassigned to a District Court Judge pursuant to Local Rule 73-1.

Dated: June 5, 2008                         DIEMER, WHITMAN & CARDOSI, LLP

                                            By:  _____/s/_____
                                                 John C. Cardosi
                                                 Attorneys for Plaintiff VICTORIA CHAU

JURY DEMAND