**United States District Court**
For the Northern District of California

*E-FILED 6/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA CHAU, | No. C 08-02806 RS |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| TARGET CORPORATION, | |
|     Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for September 24, 2008 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated: 6/6/08

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
     Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Glenn Lansing Briggs     gbriggs@hbwllp.com, mpace@hbwllp.com

John P. Cardosi     jcardosi@diemerwhitman.com

Theresa Ann Kading     tkading@hbwllp.com, mpace@hbwllp.com

Dated: 6/6/08

                                              /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg