1  GLENN L. BRIGGS (SB# 174497)
   gbriggs@hbwllp.com
2  THERESA A. KADING (SB# 211469)
   tkading@hbwllp.com
3  THOREY M. BAUER (SB# 234813)
   tbauer@hbwllp.com
4  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
5  Irvine, CA 92618
   Telephone: (949) 450-8040
6  Facsimile: (949) 450-8033

7  Attorneys for Defendant
   TARGET CORPORATION
8

9           UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | VICTORIA CHAU, | CASE NO. C08 02806 RS |
|---|---|---|
| 13 | Plaintiff, | PROOF(S) OF SERVICE RE: |
| 14 | | 1. Notice to Adverse Party of Removal of Civil Action to United States District Court Pursuant to 28 U.S.C. §§ 1332 and 1441 (Diversity); |
| 15 | vs. | |
| 16 | TARGET CORPORATION, and DOES 1 to 50, inclusive, | |
| 17 | | 2. Notice to State Court of Removal of Civil Action to United States District Court Pursuant to 28 U.S.C. §§ 1332 and 1441 (Diversity); |
| 18 | Defendants. | |
| 19 | | |
| 20 | | 3. Civil Cover Sheet; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Public Notice – Magistrate Judge; "Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division" Guidelines; Northern District of California San Jose Division Criminal and Civil Law and Motion/Trial/ |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

31076

| | |
|---|---|
| 1 | Settlement/Case Management/Dismissal Hearing Schedules; General Order No. 40 – Prohibition of Bias; U.S. District Court Northern California – ECF Registration Information Handout; General Order No. 45 – Electronic Case Filing; Notice of Electronic Availability of Case File Information; Notice of Lawsuit and Request For Waiver of Service of Summons; Waiver of Service of Summons; Instructions For Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); and Order of the Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Action filed: December 13, 2007 |

31076

PROOF(S) OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF ORANGE           )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **June 6, 2008**, I served the foregoing document(s) described as: **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

John P. Cardosi
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **June 6, 2008** at Irvine, California.

Heather Dorris

**PROOF OF SERVICE**

STATE OF CALIFORNIA  ) 
                     ) ss: 
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **June 6, 2008**, I served the foregoing document(s) described as: **NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

John P. Cardosi 
Diemer, Whitman & Cardosi, LLP 
75 East Santa Clara Street, Suite 290 
San Jose, California 95113 
Telephone: (408) 971-6270 
Facsimile: (408) 971-6271

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **June 6, 2008** at Irvine, California.

_____ 
Heather Dorris

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF ORANGE         )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **June 9, 2008**, I served the foregoing document(s) described as:

1. Civil Cover Sheet;
2. Certification of Interested Entities or Persons;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California;
5. Public Notice – Magistrate Judge;
6. "Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division" Guidelines;
7. Northern District of California San Jose Division Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules;
8. General Order No. 40 – Prohibition of Bias;
9. U.S. District Court Northern California – ECF Registration Information Handout;
10. General Order No. 45 – Electronic Case Filing;
11. Notice of Electronic Availability of Case File Information;
12. Notice of Lawsuit and Request For Waiver of Service of Summons;
13. Waiver of Service of Summons;
14. Instructions For Completion of ADR Forms Regarding Selection of an ADR Process (ADR Local Rule 3-5); and
15. Order of the Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

John P. Cardosi
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

☒ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

☐ **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **June 9, 2008** at Irvine, California.

_____
Heather Dorris