1 | DIEMER, WHITMAN & CARDOSI, LLP
JOHN P. CARDOSI, #111381
2 | 75 East Santa Clara Street, Suite 290
San Jose, California  95113
3 | Telephone:  (408) 971-6270
Facsimile: (408) 971-6271

\*\*E-Filed 1/21/09\*\*

ATTORNEYS FOR Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VICTORIA CHAU,

        Plaintiff,

  v.

TARGET CORPORATION., and DOES 1
to 50, inclusive,

        Defendants.

Case No.  C08-02806 JF

STIPULATION TO EXTEND TIME TO
MEDIATE AND [PROPOSED] ORDER

DATE: 1-23-09
TIME: 10:30 AM
JUDGE: HON. JEREMY FOGEL
COURTROOM: 3

    On September 26, 2008 the court referred this matter to mediation and set the matter for Case Management conference on January 23, 2009. The parties set the matter for mediation with Joanne Dellaverson on January 21, 2009.  The parties need to complete certain preliminary discovery in order to engage in a meaningful mediation. Despite the best efforts of counsel, they have not been able to complete that discovery.  Counsel for the parties are therefore asking the court to extend the time to mediate this matter. If the court will approve this request, the parties intend to mediate with Ms. Dellaverson on February 18, 2009.

    Subject to the approval of this Court, the parties, by and through their attorneys, hereby stipulate to the following:

STIPULATION TO EXTEND TIME TO MEDIATE
AND [PROPOSED] ORDER                                                                        C08-02806 JF

That the time within which the parties are to complete mediation be extended to February 20, 2009, and that the Case Management Conference be continued to a date after February 20, 2009.

Date:  1-16-09                                             DIEMER, WHITMAN & CARDOSI, LLP

By: _____/s/_____
JOHN P. CARDOSI
Attorneys for plaintiff

Dated:  1-16-09                                            HODEL BRIGGS WINTER LLP

By: _____/s/_____
THERESA A. KADING
Attorneys for Defendant TARGET CORPORATION

# [PROPOSED] ORDER

Upon review of the parties' submitted Stipulation to extend the time to mediate, IT IS ORDERED that

1. The time within which the parties are to complete mediation be extended to February 20, 2009.

2. The Case Management Conference is continued to __February 27,__ 2009 at __10:30 a.m.__ .

DATED:  1/20/09

_____
Hon. Jeremy Fogel

STIPULATION TO EXTEND TIME TO MEDIATE
AND [PROPOSED] ORDER                                                                C08-02806 JF

2