1  GLENN L. BRIGGS (SB# 174497)
2  THERESA A. KADING (SB# 211469)          **E-Filed 2/24/09**
   HODEL BRIGGS WINTER LLP
3  8105 Irvine Center Drive, Suite 1400
   Irvine, CA  92618
4  Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
5  E-mail address:  gbriggs@hbwllp.com

6  Attorneys for Defendant
   TARGET CORPORATION

7
8  JOHN P. CARDOSI (SB# 111381)
   DIEMER, WHITMAN & CARDOSI, LLP
9  75 East Santa Clara Street, Suite 290
   San Jose, CA 95113
10 Telephone:  (408) 971-6270
   Facsimile:  (408) 971-6271

11 Attorneys for Plaintiff
   VICTORIA CHAU
12

13              UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

15 VICTORIA CHAU,                    CASE NO. 08-02806 JF

16         Plaintiff,               JUDGE JEREMY FOGEL
                                    COURTROOM 3
17    vs.
                                    **STIPULATION AND [PROPOSED]
18 TARGET CORPORATION, and          ORDER CONTINUING CASE
   DOES 1 to 50, inclusive,         MANAGEMENT CONFERENCE**
19
         Defendants.
20

21

22

23

24         Plaintiff Victoria Chau (hereinafter, "Plaintiff") and Defendant Target

25 Corporation (hereinafter, "Defendant"), through their respective counsel, hereby

26 stipulate as follows:

27

28
   36088
   _____
   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    WHEREAS, a mediation was held in this matter on February 18, 2009,

2    at which the parties reached a confidential settlement;

3

4    WHEREAS, the parties anticipate that a Stipulation of Dismissal with

5    Prejudice will be filed within 30 days;

6

7    THE PARTIES HEREBY STIPULATE that the Case Management

8    Conference currently scheduled for February 27, 2009, at 10:30 a.m. shall be

9    continued, and that a Case Management Conference will be held on March 20,

10   2009, at 10:30 a.m., if a Stipulation of Dismissal with Prejudice has not been filed

11   by that date.

12

13

14   DATED:  February 20, 2009    GLENN L. BRIGGS
                                    THERESA A. KADING
15                                  HODEL BRIGGS WINTER LLP

16

17                                  By:   /s/THERESA A. KADING
                                          THERESA A. KADING
18                                  Attorneys for Defendant
                                    TARGET CORPORATION
19

20   DATED:  February 20, 2009    JOHN P. CARDOSI
                                    DIEMER, WHITMAN & CARDOSI, LLP
21

22

23                                  By:   /s/JOHN P. CARDOSI
                                          JOHN P. CARDOSI
24
                                    Attorneys for Plaintiff
25                                  VICTORIA CHAU

26

27

28

36088                              -2-

1

## <u>ORDER</u>

2

3          IT IS SO ORDERED that the Case Management Conference currently

4     scheduled for February 27, 2009, at 10:30 a.m. shall be continued and that a Case

5     Management Conference will be held on March 20, 2009, at 10:30 a.m., if a

6     Stipulation of Dismissal with Prejudice has not been filed by that date.

7

8     Dated: _2/23/09_____

9                                        _____

10                                        JEREMY FOGEL
                                         DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

36088                                    -3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE