1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| VICTORIA CHAU, | CASE NO. 08-02806 JF |
|---|---|
| Plaintiff, | JUDGE JEREMY FOGEL COURTROOM 3 |
| vs. | **[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TARGET CORPORATION, and DOES 1 to 50, inclusive, | |
| Defendants. | |

36071

[PROPOSED] ORDER RE STIPULATION OF DISSMISAL WITH PREJUDICE

1 | **<u>ORDER</u>**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: 3/4/09

_____

DISTRICT COURT JUDGE

36071

-2-

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE